

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00191-CR
No. 02-21-00192-CR

_____

STEPHANIE ANN RICHARDSON, Appellant

V.

THE STATE OF TEXAS

On Appeal from Criminal District Court No. 4
Tarrant County, Texas
Trial Court Nos. 1582053, 1612397

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Appellant Stephanie Richardson, who has appointed counsel but filed a pro se notice of appeal, attempts to appeal from the trial court's "Order For Competency Examination." We informed Richardson by letter that it appeared that she was not attempting to appeal from a final judgment or from an otherwise appealable order and notified her that we would dismiss these appeals for want of jurisdiction unless she showed grounds for continuing them. Richardson did not file a response.

In a criminal case, we generally have jurisdiction only when the trial court has signed a judgment of conviction. *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) (per curiam). "We do not have jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted to us by law." *Id.* The order about which Richardson complains is not a final judgment of conviction or an appealable interlocutory order. *See, e.g.*, *Morales v. State*, 830 S.W.2d 139, 140 (Tex. Crim. App. 1992). Therefore, we dismiss these appeals for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *Boots v. State*, Nos. 02-19-00315-CR, 02-19-00316-CR, 2019 WL 5251152, at *1 (Tex. App.—Fort Worth Oct. 17, 2019, no pet.) (mem. op., not designated for publication); *McKown*, 915 S.W.2d at 161.

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: February 24, 2022